IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOY TECHNOLOGIES, INC. and JOY MM DELAWARE, INC. ) ) ) Plaintiffs, ) ) vs. ) ) NORTH AMERICAN REBUILD CO., INC. ) ) ) Defendant. ) | Civil Action No. 2:05-cv-1066-GLL |

## MOTION TO ENFORCE SETTLEMENT

AND NOW COMES the Defendant, North American Rebuild Co., Inc. (hereinafter "NARCO"), by and through its attorneys, Dickie, McCamey & Chilcote, P.C. and files the following Motion to Enforce Settlement.  NARCO seeks to enforce a settlement agreement which was entered into between the parties.  As more fully set forth in the Brief in Support incorporated herein by reference, the parties have manifested an intention to be bound by its terms; the terms are sufficiently definite to be specifically enforced; and consideration exists on both sides. Accordingly, the settlement agreement is enforceable.

WHEREFORE, Defendant North American Rebuild Co., Inc. hereby respectfully requests that this Honorable Court enter an Order granting this Motion to Enforce the settlement agreement entered into between the parties.

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.


By <u>/s/ Frederick W. Bode, III</u>
   Frederick W. Bode, III, Esquire
   Darren E. Wolf, Esquire
   Kristen Hock Prex, Esquire

Attorneys for Defendant
North American Rebuild Co., Inc.

Two PPG Place, Suite 400
Pittsburgh, PA  15222
(412) 281-7272

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the MOTION TO ENFORCE SETTLEMENT on behalf of Defendant, North American Rebuild Co., Inc., have been served this 1st day of August, 2006, by electronic mail, to the following counsel of record:

> Joseph J. Bosick, Esquire
> Pietragallo, Bosick & Gordon, LLP
> The Thirty-Eighth Floor
> One Oxford Centre
> Pittsburgh, PA  15219

DICKIE, McCAMEY & CHILCOTE, P.C.


By  /s/ Frederick W. Bode, III
    Frederick W. Bode, III, Esquire
    Darren E. Wolf, Esquire
    Kristen Hock Prex, Esquire
Attorneys for Defendant
North American Rebuild Co., Inc.