# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-1380 and 12-2622

Joy Tech Inc, et al v. North American Rebuild Co Inc

2-12-cv-00144 and 2-05-cv-01066

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: 9/6/2012

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

cc: Frederick W. Bode IIIEsq.
Brett W. FarrarEsq.
Jonathan C. ParksEsq.
Eric G. SollerEsq.
Steven W. ZofferEsq.